UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Donald Koehler

    v.                                          No. 06-fp-36

State of New Hampshire, et al.


**ORDER GRANTING REQUEST TO
PROCEED IN FORMA PAUPERIS**

Plaintiff's request to proceed in forma pauperis is hereby granted, but only for the purpose of waiving the filing fee.

This case has been assigned civil number **06-cv-036-SM**.

**SO ORDERED.**

                                       /s/ James R. Muirhead
                                       James R. Muirhead
                                       United States Magistrate Judge

Date:  February 21, 2006

cc:    Donald Koehler, *pro se*